| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Sanjeev Sukhija |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number | 17-11776 |
| | (If known) |

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2017 MAY -1 A 11: 47

JEANNE A. NAUGHTON

☑ Check if this is an amended filing

BY: _____
DEPUTY CLERK

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 29,879.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 29,879.00 |

### Part 2: Summarize Your Liabilities

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* | $ 18,000.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 114,214.13 |
| Your total liabilities | $ 132,214.13 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ 2,400.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $ 4,325.00 |

Debtor 1 __Sanjeev Sukhija__
      First Name   Middle Name   Last Name

Case number (if known) __17-11776__

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.  $ __2,400.00__

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   | | |
   |---|---:|
   | 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
   | 9d. Student loans. (Copy line 6f.) | $ 0.00 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
   | 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case:**

Debtor 1: Sanjeev Sukhija
First Name / Middle Name / Last Name

Debtor 2:
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): 17-11776

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No
☑ Yes. Name of person Lillie Francis (LFH Typing Services). Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____[signature]_____         X _____
Signature of Debtor 1                Signature of Debtor 2

Date 04/26/2017                 Date _____
    MM / DD / YYYY                     MM / DD / YYYY

Fill in this information to identify the case:

Debtor 1: Sanjeev A. Suthija
(First Name) (Middle Name) (Last Name)

Debtor 2 (Spouse, if filing): _____
(First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): 17-11776    Chapter: 7

Official Form 119

# Bankruptcy Petition Preparer's Notice, Declaration, and Signature    12/15

Bankruptcy petition preparers as defined in 11 U.S.C. § 110 must fill out this form every time they help prepare documents that are filed in the case. If more than one bankruptcy petition preparer helps with the documents, each must sign in Part 2. A bankruptcy petition preparer who does not comply with the provisions of title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure may be fined, imprisoned, or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## Part 1: Notice to Debtor

Bankruptcy petition preparers must give the debtor a copy of this form and have the debtor sign it before they prepare any documents for filing or accept any compensation. A signed copy of this form must be filed with any document prepared.

Bankruptcy petition preparers are not attorneys and may not practice law or give you legal advice, including the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether filing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to keep your home, car, or other property after filing a case under the Bankruptcy Code;
- what tax consequences may arise because a case is filed under the Bankruptcy Code;
- whether any tax claims may be discharged;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement;
- how to characterize the nature of your interests in property or your debts; or
- what procedures and rights apply in a bankruptcy case.

The bankruptcy petition preparer Lillie Francis (LFH Typing Service) has notified me of any maximum allowable fee before preparing any document for filing or accepting any fee.

Signature of Debtor 1 acknowledging receipt of this notice    Date 01/22/2017

Signature of Debtor 2 acknowledging receipt of this notice    Date _____

Official Form 119    Bankruptcy Petition Preparer's Notice, Declaration, and Signature    page 1

Debtor 1  __Sanjeev A. Sukhija__
          First Name  Middle Name  Last Name

Case number (if known) _____

### Part 2: Declaration and Signature of the Bankruptcy Petition Preparer

Under penalty of perjury, I declare that:

☒ I am a bankruptcy petition preparer or the officer, principal, responsible person, or partner of a bankruptcy petition preparer;

☒ I or my firm prepared the documents listed below and gave the debtor a copy of them and the *Notice to Debtor by Bankruptcy Petition Preparer* as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and

☒ If rules or guidelines are established according to 11 U.S.C. § 110(h) setting a maximum fee for services that bankruptcy petition preparers may charge, I or my firm notified the debtor of the maximum amount before preparing any document for filing or before accepting any fee from the debtor.

__Lillie Francis__                              __LFH Typing Services__
Printed name      Title, if any                 Firm name, if it applies

__2286 Walnut Trail__
Number    Street

__Bushkill__           __PA__   __18324__       __9908-3295199__
City                   State    ZIP Code        Contact phone

I or my firm prepared the documents checked below and the completed declaration is made a part of each document that I check:
*(Check all that apply.)*

☒ Voluntary Petition (Form 101)
☒ Statement About Your Social Security Numbers (Form 121)
☒ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum)
☒ Schedule A/B (Form 106A/B)
☒ Schedule C (Form 106C)
☒ Schedule D (Form 106D)
☒ Schedule E/F (Form 106E/F)
☒ Schedule G (Form 106G)
☒ Schedule H (Form 106H)

☒ Schedule I (Form 106I)
☒ Schedule J (Form 106J)
☒ Declaration About an Individual Debtor's Schedules (Form 106Dec)
☒ Statement of Financial Affairs (Form 107)
☒ Statement of Intention for Individuals Filing Under Chapter 7 (Form 108)
☒ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
☐ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)
☐ Chapter 7 Means Test Calculation (Form 122A-2)

☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
☐ Application to Pay Filing Fee in Installments (Form 103A)
☒ Application to Have Chapter 7 Filing Fee Waived (Form 103B)
☒ A list of names and addresses of all creditors (creditor or mailing matrix)
☐ Other _____

Bankruptcy petition preparers must sign and give their Social Security numbers. If more than one bankruptcy petition preparer prepared the documents to which this declaration applies, the signature and Social Security number of each preparer must be provided. 11 U.S.C. § 110.

_/s/ Lillie Francis_                        X XX XX 7 3 2 7                Date 01/22/17
Signature of bankruptcy petition preparer or officer, principal, responsible    Social Security number of person who signed       MM / DD / YYYY
person, or partner

__Lillie Francis__
Printed name

_____          _____          Date _____
Signature of bankruptcy petition preparer or officer, principal, responsible    Social Security number of person who signed       MM / DD / YYYY
person, or partner

_____
Printed name

Official Form 119        Bankruptcy Petition Preparer's Notice, Declaration, and Signature        page 2

**LILLIE HAMADALLA FRANCIS**
**LFH TYPING SERVICES**
**2286 Walnut Trail**
**Bushkill, PA 18324**

April 26, 2017

**VIA PRIORITY MAIL**
Clerk, United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

Re:    Debtor: Sanjeev K Sukhija, *pro se*
        Case No. 17-11776
        Chapter 7

Dear Sir/Madam:

    I am the bankruptcy preparer for the above debtor.

    Enclosed please find the following documents:

1. Debtor's Certification of Completion of Instructional Course Concerning Financial Management

2. Amended Declaration About An Individual Debtor's Schedules

3. An updated amended Summary of Debtor's Assets and Liability and Certain Statistical Information

    Please file original and return copy in the self-addressed stamped envelope to the debtor.

                            Respectfully,

                            Lillie Hamadalla Francis
                            *Bankruptcy Preparer*

/lfh
Enclosures